# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16757-AMC

ANTHONY RICHARDSON

765 LIMEKILN PIKE
UNIT 19
GLENSIDE, PA 19038-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANTHONY RICHARDSON

765 LIMEKILN PIKE
UNIT 19
GLENSIDE, PA 19038-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

                                      /S/ William C. Miller

Date: 1/9/2020                         _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee