# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-16757-AMC

ANTHONY RICHARDSON

765 LIMEKILN PIKE
UNIT 19
GLENSIDE, PA 19038-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANTHONY RICHARDSON

    765 LIMEKILN PIKE
    UNIT 19
    GLENSIDE, PA 19038-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,  * *

                                  /S/ William C. Miller

Date: 2/4/2020                           _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee