UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANTHONY RICHARDSON

Chapter 13

Debtor

Bankruptcy No. 19-16757-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

3/3/20

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PRO-SE  
\*  
\*  
\*,\* \*

Debtor:  
ANTHONY RICHARDSON

765 LIMEKILN PIKE  
UNIT 19  
GLENSIDE, PA 19038-