United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16757-amc
Anthony Richardson                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Mar 09, 2020
                             Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db          +Anthony Richardson,    765 Limekiln Pike,    Unit 19,    Glenside, PA 19038-3930
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14412782    +Beaver Court HOA,    Access Property Management,    721 Dresher Road,    Suite 1400,
              Horsham PA 19044-2220
14437059    +Commonwealth of Pennsylvania, Dept of Revenue,    c/o CAROL E. MOMJIAN,
              Office of the Attorney General,    1600 Arch Street, Third Floor,    Philadelphia, PA 19103-2016
14412781     Fortiva Credit Card,    Payment Processing,    PO BOX 790156,    St. Louis MO 63179-0156
14412779    +Rushmore Loan Management,    PO BOX 52708,    Irvine CA 92619-2708
14442294    +Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-2708 Irvine, CA 92619-5004
14429048    +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14412780     Santander Consumer,    USA Inc.,    PO BOX 660633,    Dallas TX 75266-0633
14440077    +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
14442522    +Wilmington Savings Fund Society FSB,    dba Christiana Trust for Pretium Mortg,
              c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 10 2020 03:03:14      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:06
              Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA  17128-0946
14436071     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:05      Commonwealth of Pennsylvania,
              Department of Revenue,    Bureau of Compliance,    P O Box 280946,    Harrisburg, PA 17128-0946
14434465     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:05
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RUSHMORE LOAN MANAGEMENT SERVICES, LLC SERVICER FO
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANTHONY RICHARDSON

Chapter 13

Debtor

Bankruptcy No. 19-16757-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

3/3/20

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
PRO-SE  
*  
*  
*, * *

Debtor:  
ANTHONY RICHARDSON

765 LIMEKILN PIKE  
UNIT 19  
GLENSIDE, PA 19038-